1130

No. 72–5669.  TAYLOR *v.* ARIZONA ET AL.  C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5694.  GRAHAM ET AL. *v.* JONES ET AL.  C. A. 10th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5743.  HALE ET AL. *v.* SOUTH DAKOTA.  C. A. 8th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5746.  MABEY ET AL. *v.* REAGAN ET AL.  C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–699.  HAYAKAWA ET AL. *v.* WONG ET AL.  C. A. 9th Cir.  Motion of respondents for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 72–790.  ALABAMA ET AL. *v.* BRINKS.  C. A. 5th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted  Certiorari denied.

No. 72–703.  HAY ET VIR *v.* HOLLIS ET AL.  C. A. 5th Cir.  Motion to dispense with printing petition and motion of respondent Hollis to dispense with printing brief granted.  Certiorari denied.